FILED
February 03, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002393259

Total pages: 3
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of | Case No. 05-61838-A-7 |
| | DC No. JES-4 |
| TOBY & JULIE KEENEY, | **TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL REAL PROPERTY and PAY REAL ESTATE COMMISSION** |
| Debtor(s). | Date: March 3, 2010<br>Time: 9:00 a.m.<br>Dept: Dept. A |

TO THE HONORABLE WHITNEY RIMEL UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on 10/14/05.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is certain unimproved real property consisting of two (2) 20 acre parcels located in Sequoia National Forest, Dunlap, CA. bearing APN 160-050-04 and 165-040-01.

5. The trustee has obtained an offer from Jon Schneider, or nominee, to purchase both parcels for a combined sum of $60,000. Buyer to put $30,000 down with the estate to carry a note for $30,000 calling for annual payments of $10,000.00. Note to carry interest at the rate of 7% interest per annum and to be secured by a first deed of trust on the property. Sale is "as is where is" no warranty, expressed or implied.

Real property is encumbered by an Abstract of Judgment in favor of Bank of America in the approximate amount of $8,000, which shall be paid through escrow. Debtor has claimed an exemption in the amount of $20,000 on the property.

6. The trustee has agreed to pay a 10% commission in connection with the proposed sale.

7. Said offer is the best and highest offer received for said property and, in the opinion of the trustee, said offer is for the full and fair market value of said property.

8. The trustee believes that confirmation of said sale on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

9. Trustee has reviewed the tax implications of the sale and determined that there will be no negative tax consequences from sale.

/ / /
/ / /
/ / /

| | |
|---|---|
| 1 | **WHEREFORE**, the trustee prays that after appropriate notice and |
| 2 | opportunity to be heard, he be authorized to sell the above- |
| 3 | described asset to Jon Schneider, or nominee, subject to higher and |
| 4 | better offer at the hearing on confirmation of said sale. |

2/3/10

_____
James E. Salven
Chapter 7 Trustee